**Order entered April 7, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00856-CV

## THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant

## V.

## ANGELA HORTON AND KEVIN HOUSER, Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-06507

### ORDER

Before the Court is appellees' April 3, 2020 motion for an extension of time to file their brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellees on April 2, 2020 filed as of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE